# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. JASWANT BAGGA, MD,<br><br>STATE OF MICHIGAN<br>ex rel. JASWANT BAGGA, MD,<br><br>    Plaintiff-Relator,<br><br>v.<br><br>HAVENWYCK HOSPITAL INC. d/b/a<br>HAVENWYCK HOSPITAL;<br>HAVENWYCK HOLDINGS, INC.;<br>UNIVERSAL HEALTH SERVICES, INC.;<br>UHS OF DELAWARE, INC.; SRINIVASA<br>KODALI, MD; MASROOR HAQ, MD;<br>DAVINDER KAKAR, MD; and<br>YATINDER SINGHAL, MD,<br><br>    Defendants. | Case No.<br>2:22-cv-10028-DML-JJCG |

## RELATOR'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Relator, by and through its counsel, hereby gives notice that all claims in the above-captioned action are voluntarily dismissed as to all named defendants, without prejudice as to Relator, without prejudice as to the United States, and without prejudice as to the State of Michigan.

Relator has conferred with the United States and the State of Michigan concerning this dismissal, and both have indicated that they do not object on these

terms. Relator further understands that the United States and the State of Michigan will file separate notices regarding the dismissal.

All parties will bear their own costs. The Clerk of Court may close this action.

Respectfully submitted this 24th day of April 2023.

                                 */s/ Jason Marcus*
                                 Julie Bracker
                                 Georgia Bar No. 073803
                                 Jason Marcus, *Lead Counsel*
                                 Georgia Bar No. 949698
                                 **Bracker & Marcus LLC**
                                 3355 Lenox Road, Suite 660
                                 Atlanta, Georgia 30326
                                 Telephone: (770) 988-5035
                                 Facsimile: (678) 648-5544
                                 Julie@fcacounsel.com
                                 Jason@fcacounsel.com

                                 Sarah Prescott
                                 **Salvatore Prescott Porter & Porter**
                                 105 E. Main Street
                                 Northville, MI 48167
                                 Telephone: (248) 679-8711
                                 Facsimile: (248) 773-7280
                                 sprescott@spplawyers.com

-3-

## CERTIFICATE OF SERVICE

I hereby certify on this 24th day of April 2023, I have served the foregoing Notice of Voluntary Dismissal by causing a copy to be electronically delivered via ECF to all Parties.

*/s/ Jason Marcus*
Jason Marcus